# United States District Court
# Central District of California

| | |
|---|---|
| HOBERMAN DESIGNS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW CENTURY GOODS, INC.; CHING WAI CHAN TSUI; DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:14-cv-04464-ODW(JEMx) <br><br> **ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On June 17, 2014, Plaintiff served Defendants New Century Goods, Inc. and Ching Wai Chan Tsui. (ECF Nos. 11, 12.) Defendants therefore had until July 8, 2014, to answer or otherwise respond—that is, 21 days after the service date. Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendants have filed no response. The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Thursday, July 17, 2014**, why it has not moved for entry of default against Defendants. No hearing will be held; Plaintiff shall respond in writing. The Court will discharge this Order upon a timely application for entry of default filed with the Clerk of Court. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

July 10, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**