J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Hoberman Designs, Inc.

Seaton Tsai (SBN 271408)
*debtfree@lawofficeofsamwu.com*
Law Offices of Sam X.J. Wu, APC
601 S. Atlantic Blvd., Suite B
Monterey Park, California 91754
Telephone: (626) 588-2388
Facsimile: (626) 656-8088

Attorney for Defendants
New Century Goods, Inc.,
Ching Wai Chan Tsui a/k/a Ching Tsui

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hoberman Designs, Inc., <br><br> Plaintiff, <br> v. <br> New Century Goods, Inc., Ching Wai Chan Tsui a/k/a Ching Tsui, and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV14-04464-ODW (JEMx) <br><br> [~~PROPOSED~~] CONSENT DECREE PURSUANT TO STIPULATION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree that has been executed on behalf of Plaintiff Hoberman Designs, Inc. ("Plaintiff"), on the one hand, and Defendants New Century Goods, Inc. and Ching Wai Chan Tsui also known as Ching Tsui (collectively "Defendants"), on the other hand, and good cause appearing therefore, hereby:

ORDERS that this Consent Decree shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 15 U.S.C. § 1051 et seq., 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendants.

2) Plaintiff is the owner or exclusive licensee of all rights in and to the copyright and trademark registrations listed in Exhibits "A" through "B," attached hereto and incorporated herein by this reference, and the copyrights associated with the same ("Plaintiff's Properties").

3) Plaintiff has expended considerable resources in the creation and commercial exploitation of Plaintiff's Properties on merchandise and in the enforcement of its intellectual property rights in Plaintiff's Properties.

4) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

5) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's copyrights and trademarks in Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, or offering for sale, any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically:

        i) Importing, manufacturing, distributing, advertising, selling, or offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

        ii) Importing, manufacturing, distributing, advertising, selling, or offering for sale, in connection thereto any unauthorized promotional

        materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

    iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold or offered by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff; or

    iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

6) Each side shall bear its own fees and costs of suit.

7) This Consent Decree shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened

should Defendants default under the terms of the Settlement Agreement or this Consent Decree.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

12) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

Dated: September 29, 2014

_____
Hon. Otis D. Wright, II
United States District Judge

Presented By:
J. Andrew Coombs, A Prof. Corp.

By: /s/ Annie S. Wang
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Hoberman Designs, Inc.


Law Offices of Sam X.J. Wu, APC

By: _____
    Seaton Tsai
Attorney for Defendants New Century Goods, Inc.
and Ching Wai Chan Tsui a/k/a Ching Tsui

# EXHIBIT A

# HOBERMAN COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 1-424-411 | BRAIN TWIST | Visual Material |
| VA 1-424-410 | SWITCH PITCH | Visual Material |
| VA 1-416-467 | SWITH-PITCH BOY | Visual Material |
| VA 1-056-333 | EXPANDAGON | Visual Material |
| VA 1-089-675 | MEGA SPHERE | Visual Material |
| VA 1-056-334 | TWIDDLESTIX | Visual Material |
| VA 932-828 | MINI SPHERE | Visual Material |
| VA 932-829 | HOBERMAN SPHERE | Visual Material |
| VA 1-024-051 | FLIGHT RING | Visual Material |
| VA 1-128-298 | DISCOVER DOME | Visual Material |
| VAu 534-146 | STAR | Visual Material |
| VAu 534-143 | MICRO SPHERE | Visual Material |
| VA 1-224-963 | TRANSFORMING SPHERE WITH CENTRAL MODULE | Visual Material |
| VA 1-225-001 | FLIP OUT TRANFORMING OCTAHEDRON | Visual Material |
| VA 1-225-000 | MINI FLIP OUT TRANSFORMING ICOSAHEDRON | Visual Material |
| VA 1-225-002 | TWISTO TRANSFORMING SPHERE | Visual Material |

Hoberman v. New Century: Stipulated Consent Decree

- 5 -

# EXHIBIT B

## HOBERMAN TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| HOBERMAN | Typed Drawing | 2,739,816 | 7/22/2003 |
| HOBERMAN SPHERE | Typed Drawing | 2,969,146 | 7/19/2005 |
| SWITCH PITCH | Standard Character Mark | 3,163,097 | 10/24/2006 |
| TWIST-O | Standard Character Mark | 4,274,449 | 1/15/2013 |
| BRAIN TWIST | Standard Character Mark | 4,197,017 | 8/28/2012 |

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On September 29, 2014, I served the:

JOINT STIPULATION RE ENTRY OF [PROPOSED] CONSENT DECREE

[PROPOSED] CONSENT DECREE PURSUANT TO STIPULATION

for the following civil action:

<u>Hoberman Designs, Inc. v. New Century Goods, Inc., et al.</u>

on the following interested parties in this action:

> Seaton Tsai
> Law Offices of Sam X.J. Wu, APC
> 601 S. Atlantic Blvd., Suite B
> Monterey Park, California 91754

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on September 29, 2014, at Glendale, California.

                                       _/s/ Annie S. Wang_
                                         Annie S. Wang